UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, *Individually and on Behalf of All Others Similarly Situated*,

        Plaintiff,

-against-

LEXMARK INTERNATIONAL, INC., PAUL A. ROOKE, DAVID REEDER, *and* GARY STROMQUIST,

        Defendants.

---------------------------------------------

17cv5543

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

    It having been reported to this Court that the parties have resumed mediation and intend to engage in settlement discussions (ECF No. 111), it is hereby ORDERED that all deadlines in this action are stayed. The parties shall submit a joint status report within forty-five (45) days of this Order.

Dated: January 14, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.