# Robbins Geller Rudman & Dowd LLP

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Robert J. Robbins
rrobbins@rgrdlaw.com

# MEMO ENDORSED

January 28, 2020

<u>VIA ECF</u>

The Honorable William H. Pauley III
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:** *Oklahoma Firefighters Pension & Ret. Sys. v. Lexmark Int'l, Inc.*
**No. 1:17-cv-05543-WHP (S.D.N.Y)**

Dear Judge Pauley:

We represent Lead Plaintiff District No. 9, I.A. of M. & A.W. Pension Trust in the above-captioned action. We write respectfully on behalf of all parties to inform the Court that the parties, with the assistance of Michelle Yoshida of Phillips ADR, have agreed to settle all claims asserted in this action. In light of the agreement to settle, the parties respectfully request that all deadlines in the case remain stayed to allow the parties to diligently focus on preparing and finalizing the terms of the stipulation of settlement and supporting papers.

Respectfully submitted,

ROBERT J. ROBBINS

cc: All counsel (via ECF)

**Application granted.**

SO ORDERED:

Dated: January 30, 2020
New York, New York

WILLIAM H. PAULEY III
U.S.D.J.