UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM,
*Individually and on Behalf of All Others
Similarly Situated*,

    Plaintiff,

-against-

LEXMARK INTERNATIONAL, INC.,
PAUL A. ROOKE, DAVID REEDER, *and*
GARY STROMQUIST,

    Defendants.

17cv5543

ORDER

---

WILLIAM H. PAULEY III, Senior United States District Judge:

On January 30, 2020 at the request of the parties, this Court stayed this action to afford a further opportunity for settlement discussions. (ECF No. 114.) Because this Court has not heard further from the parties, they are directed to submit a joint status report by April 30, 2020.

Dated: April 8, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.