UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : Civil Action No. 1:17-cv-05543-WHP : : <u>CLASS ACTION</u> : |
| Plaintiff, | : LEAD PLAINTIFF'S NOTICE OF MOTION : AND UNOPPOSED MOTION FOR |
| vs. | : PRELIMINARY APPROVAL OF : SETTLEMENT |
| LEXMARK INTERNATIONAL, INC., PAUL A. ROOKE, DAVID REEDER, GARY STROMQUIST and MARTIN S. CANNING, | : : : : |
| Defendants. | : : |

---

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement with exhibits, the declaration of Eric A. Nordskog, and all prior pleadings and proceedings had herein, Lead Plaintiff District No. 9, I.A. of M. & A.W. Pension Trust, by and through its attorneys, will move this Court, before the Honorable William H. Pauley, III, United States District Judge for the Southern District of New York, on a date and time designated by this Court, for entry of the [Proposed] Order Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) certifying the Class for settlement purposes; (3) approving the form and manner of notice of the proposed settlement to the Class; and

(4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not oppose the motion.

DATED:  May 8, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
ROBERT J. ROBBINS
MAUREEN E. MUELLER
BAILIE L. HEIKKINEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com
mmueller@rgrdlaw.com
bheikkinen@rgrdlaw.com

Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on May 8, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                          /s/ David A. Rosenfeld
                                                          DAVID A. ROSENFELD