UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM,
*Individually and on Behalf of All Others
Similarly Situated*,

          Plaintiff,

          -against-

LEXMARK INTERNATIONAL, INC.,
PAUL A. ROOKE, DAVID REEDER, *and*
GARY STROMQUIST,

          Defendants.

------------------------------------

17cv5543

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

      The parties are directed to appear for telephone conference on June 11, 2020 at 2:00 p.m. to discuss the Proposed Order Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class. The parties are directed to use the following dial-in information: the dial-in number is 888-363-4749, passcode 3070580.

Dated: June 11, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.