UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
OKLAHOMA FIREFIGHTERS PENSION : Civil Action No. 1:17-cv-05543-WHP
AND RETIREMENT SYSTEM, Individually :
and on Behalf of All Others Similarly Situated, : CLASS ACTION
:
:
Plaintiff, : [PROPOSED] ORDER DIRECTING COURT
: REGISTRY INVESTMENT SYSTEM TO
vs. : ESTABLISH ACCOUNT
:
:
LEXMARK INTERNATIONAL, INC., :
PAUL A. ROOKE, DAVID REEDER, GARY :
STROMQUIST and MARTIN S. CANNING, :
:
Defendants. :
:
---------------------------------------------------------------- x

WHEREAS, the parties have entered into a Settlement as set forth in the Stipulation and Agreement of Settlement, dated as of May 8, 2020 (ECF No. 122) (the "Stipulation");

WHEREAS, on June 17, 2020, the Court issued an Order Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class (ECF No. 126);

WHEREAS, pursuant to ¶¶1.11 and 2.1 of the Stipulation, the parties request an account be established with the Court Registry Investment System ("CRIS") entitled *Oklahoma Firefighters Pension and Retirement System v. Lexmark International, Inc., et al.* (No. 1:17-cv-05543-WHP), in which the Settlement Amount of $12 million in cash will be deposited; and

WHEREAS, the parties further request that the CRIS provide payment instructions via secure electronic email to the following parties:

> Jack Reise
> Robert J. Robbins
> Robbins Geller Rudman & Dowd LLP
> 120 East Palmetto Park Road, Suite 500
> Boca Raton, FL  33432
> Telephone: 561/750-3000
> Fax: 561/750-3364
> Email: jreise@rgrdlaw.com
>             rrobbins@rgrdlaw.com, as

Lead Counsel for Lead Plaintiff

> William Sushon
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY  10036
> Telephone: 212/326-2000
> Fax: 212/326-2061
> Email: wsushon@omm.com

Counsel for Defendants

IT IS SO ORDERED.

DATED:  June 26, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.