UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x
OKLAHOMA FIREFIGHTERS PENSION : Civil Action No. 1:17-cv-05543-WHP
AND RETIREMENT SYSTEM, Individually :
and on Behalf of All Others Similarly Situated, : CLASS ACTION
:
                                Plaintiff, : [PROPOSED] ORDER FOR
: DISBURSEMENT OF FUNDS TO PAY
     vs. : CLAIMS ADMINISTRATOR FROM
: COURT REGISTRY INVESTMENT
LEXMARK INTERNATIONAL, INC., PAUL : SYSTEM
A. ROOKE, DAVID REEDER, GARY :
STROMQUIST and MARTIN S. CANNING, :
:
                              Defendants. :
:
––––––––––––––––––––––––––––––––––––––––– x

WHEREAS, as provided in ¶2.1 of the Stipulation and Agreement of Settlement dated as of May 8, 2020 (the "Stipulation"), a copy of which is attached hereto as Exhibit 1, the Settlement Fund is authorized to pay up to $250,000.00 for costs of class notice and claims administration prior to final court approval of the Settlement and entry of the Final Judgment.

IT IS HEREBY ORDERED THAT:

From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to A.B. Data, Ltd. in the amount of $30,588.22 to pay the July 31, 2020 invoice, a copy of which is attached as Exhibit 2. The check shall be mailed to Eric Nordskog, Project Manager, A.B. Data, Ltd., P.O. Box 170062, Milwaukee, WI 53217.

DATED: August 28, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.