UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEXMARK INTERNATIONAL, INC., PAUL A. ROOKE, DAVID REEDER, GARY STROMQUIST and MARTIN S. CANNING,<br><br>Defendants. | Civil Action No. 1:17-cv-05543-WHP<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER FOR DISBURSEMENT OF FUNDS TO PAY CLAIMS ADMINISTRATOR FROM COURT REGISTRY INVESTMENT SYSTEM |

WHEREAS, as provided in ¶2.1 of the Stipulation and Agreement of Settlement dated as of May 8, 2020 (the "Stipulation"), a copy of which is attached hereto as Exhibit 1, the Settlement Fund is authorized to pay up to $250,000.00 for costs of class notice and claims administration prior to final court approval of the Settlement and entry of the Final Judgment.

IT IS HEREBY ORDERED THAT:

From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to A.B. Data, Ltd. in the amount of $90,932.65 to pay the August 31, 2020 and September 30, 2020 invoices, copies of which are attached as Exhibits 2 and 3. The check shall be mailed to Eric Nordskog, Project Manager, A.B. Data, Ltd., P.O. Box 170062, Milwaukee, WI 53217.

SO ORDERED:

DATED: 10/23/2020

_____
WILLIAM H. PAULEY III
U.S.D.J.

CERTIFICATE OF SERVICE

    I, David A. Rosenfeld, hereby certify that on October 16, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                              s/ David A. Rosenfeld
                                              DAVID A. ROSENFELD