UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x
OKLAHOMA FIREFIGHTERS PENSION           :   Civil Action No. 1:17-cv-05543-WHP
AND RETIREMENT SYSTEM, Individually     :
and on Behalf of All Others Similarly Situated, :   CLASS ACTION
                                        :
                        Plaintiff,      :   LEAD PLAINTIFF'S NOTICE OF MOTION
                                        :   AND MOTION FOR FINAL APPROVAL OF
        vs.                             :   CLASS ACTION SETTLEMENT AND
                                        :   APPROVAL OF PLAN OF ALLOCATION
LEXMARK INTERNATIONAL, INC.,            :
PAUL A. ROOKE, DAVID REEDER and         :
GARY STROMQUIST,                        :
                                        :
                        Defendants.     :
                                        :
—————————————————————— x

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

        PLEASE TAKE NOTICE that Lead Plaintiff District No. 9, I.A. of M & A.W. Pension Trust,

on behalf of the Class, through counsel, will move this Court on December 16, 2020, at 10:00 a.m.,

before the Honorable William H. Pauley III, for entry of orders and judgments, pursuant to Rule 23

of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; and

(2) approving the proposed Plan of Allocation.  This motion is based on: (i) the Memorandum of

Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and

Approval of Plan of Allocation; (ii) the Declaration of Robert J. Robbins in Support of Motions for:

(1) Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (2) an Award

of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4);

(iii) the Declaration of Dave Weaver Filed on Behalf of Lead Plaintiff; (iv) the Declaration of Eric A.

Nordskog; (v) the Stipulation and Agreement of Settlement; and (vi) all other proceedings herein.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before

December 9, 2020.

DATED:  October 28, 2020                    Respectfully submitted,

                                            ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            SAMUEL H. RUDMAN
                                            DAVID A. ROSENFELD


                                                    s/David A. Rosenfeld
                                            ─────────────────────────────
                                               DAVID A. ROSENFELD

                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)
                                            srudman@rgrdlaw.com
                                            drosenfeld@rgrdlaw.com

                                            ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            JACK REISE
                                            ROBERT J. ROBBINS
                                            MAUREEN E. MUELLER
                                            BAILIE L. HEIKKINEN
                                            120 East Palmetto Park Road, Suite 500
                                            Boca Raton, FL  33432
                                            Telephone:  561/750-3000
                                            561/750-3364 (fax)
                                            jreise@rgrdlaw.com
                                            rrobbins@rgrdlaw.com
                                            mmueller@rgrdlaw.com
                                            bheikkinen@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

*Lead Counsel for Plaintiff*

LABATON SUCHAROW, LLP
JONATHAN GARDNER
CHRISTINE M. FOX
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jgardner@labaton.com
cfox@labaton.com

*Additional Counsel*

4813-4517-3455.v1

<u>CERTIFICATE OF SERVICE</u>

I David A. Rosenfeld, hereby certify that on October 28, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

s/ David A. Rosenfeld
DAVID A. ROSENFELD