UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                               x
OKLAHOMA FIREFIGHTERS PENSION       :   Civil Action No. 1:17-cv-05543-WHP
AND RETIREMENT SYSTEM, Individually :
and on Behalf of All Others Similarly Situated, :   CLASS ACTION
                                               :
                   Plaintiff,                  :   LEAD COUNSEL'S NOTICE OF MOTION
                                               :   AND MOTION FOR AN AWARD OF
         vs.                                   :   ATTORNEYS' FEES AND EXPENSES AND
                                               :   AN AWARD TO LEAD PLAINTIFF
LEXMARK INTERNATIONAL, INC.,        :   PURSUANT TO 15 U.S.C. §78u-4(a)(4)
PAUL A. ROOKE, DAVID REEDER and     :
GARY STROMQUIST,                    :
                                               :
                   Defendants.                 :
                                               :
                                               x
```

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Counsel will move this Court on December 16, 2020, at

10:00 a.m., before the Honorable William H. Pauley III, for entry of an order, pursuant to Rule 23 of

the Federal Rules of Civil Procedure: (1) awarding attorneys' fees; (2) paying litigation expenses

incurred in prosecuting the Litigation; and (3) awarding Lead Plaintiff pursuant to 15 U.S.C.

§78u-4(a)(4) in connection with its representation of the Class.  This motion is based on: (i) the

Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and

Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (ii) the Declaration of

Robert J. Robbins in Support of Motions for: (1) Final Approval of Class Action Settlement and

Approval of Plan of Allocation, and (2) an Award of Attorneys' Fees and Expenses and an Award to

Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Dave Weaver Filed on

4842-5117-0767.v1

Behalf of Lead Plaintiff; (iv) the Declaration of Eric A. Nordskog; (v) the Declaration of Robert J.

Robbins Filed on Behalf of Robbins Geller Rudman & Dowd LLP; (vi) the Declaration of

Christine M. Fox Filed on Behalf of Labaton Sucharow LLP; (vii) the Stipulation and Agreement of

Settlement; and (viii) all other proceedings herein.

A proposed order will be submitted with Lead Plaintiff's reply submission on or before

December 9, 2020.

DATED:  October 28, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


s/David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
ROBERT J. ROBBINS
MAUREEN E. MUELLER
BAILIE L. HEIKKINEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com
mmueller@rgrdlaw.com
bheikkinen@rgrdlaw.com

4842-5117-0767.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

*Lead Counsel for Plaintiff*

LABATON SUCHAROW, LLP
JONATHAN GARDNER
CHRISTINE M. FOX
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jgardner@labaton.com
cfox@labaton.com

*Additional Counsel*

4842-5117-0767.v1

CERTIFICATE OF SERVICE

I David A. Rosenfeld, hereby certify that on October 28, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

s/ David A. Rosenfeld
DAVID A. ROSENFELD