UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------
OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM, *Individually and on
Behalf of All Others Similarly Situated*,

                        Plaintiff,                    17cv5543

                -against-                   ORDER

LEXMARK INTERNATIONAL, INC., PAUL A.
ROOKE, DAVID REEDER, *and* GARY
STROMQUIST,

                       Defendants.
---------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        The dial-in information for the Final Settlement Hearing on December 16, 2020, at 10:00 a.m. is (888) 428-7458. Any class member wishing to address the Court during the Hearing is instructed to dial-in at 9:50 a.m. so that the Host Operator can queue the caller.

Dated: December 11, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.