UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM,
*Individually and on Behalf of All Others
Similarly Situated*,

                      Plaintiff,

        -against-

LEXMARK INTERNATIONAL, INC.,
PAUL A. ROOKE, DAVID REEDER, *and*
GARY STROMQUIST,

                      Defendants.

------------------------------------------

17cv5543

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        Lead Plaintiff having submitted a Motion for Disbursement of Funds (ECF No. 161), the parties are directed to appear for a telephonic conference on March 12, 2021 at 2:00 p.m.  The dial-in number for the conference is (888) 363-4749.  The access code is 3070580.

Dated: March 8, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.