UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, *Individually and on Behalf of All Others Similarly Situated*,<br><br>                              Plaintiff,<br><br>        -against-<br><br>LEXMARK INTERNATIONAL, INC., PAUL A. ROOKE, DAVID REEDER, *and* GARY STROMQUIST,<br><br>                              Defendants. | 17cv5543<br><br>SUPPLEMENTAL ORDER |

---------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

       The Clerk of Court is directed to pay the Settlement Fund to Oklahoma Firefighters v Lexmark International Fund from the CRIS account, plus any accrued interest on that amount (less a deduction from the interest income on the CRIS investment, as authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office).

Dated: March 19, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.